UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JIMMY CHAN, in his individual and representative capacity as trustee for the Jimmy Chan Trust; BO LAN CHAN, in individual and representative capacity as trustee for the Jimmy Chan Trust; RAYMOND FAY CHAN; and Does 1-10,<br><br>　　　　Defendants. | Case: 2:16-CV-02353-MCE-GGH<br><br>**ORDER** |

## ORDER

Pursuant to Plaintiff Scott Johnson's Notice of Voluntary Dismissal of Defendant Jimmy Chan (ECF No. 7), Defendant JIMMY CHAN, in both his individual and representative capacities as trustee for the Jimmy Chan Trust, is hereby DISMISSED from this action without prejudice.

Dated:  November 2, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE