UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br>v.<br><br>JIMMY CHAN, in his individual and representative capacity as trustee for the Jimmy Chan Trust; BO LAN CHAN, in individual and representative capacity as trustee for the Jimmy Chan Trust; RAYMOND FAY CHAN; and Does 1-10,<br><br>    Defendants. | Case: 2:16-CV-02353-MCE-GGH<br><br>**ORDER** |

Pursuant to F.R.CIV.P.41(a)(1) and the stipulation of the parties, this action is hereby DISMISSED with prejudice, each party to bear its own attorneys' fees and costs. The Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

Dated: April 24, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE